UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:14-cv-00683 - LJO - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE TO DEFENDANTS DATED MAY 9, 2014 <br><br> (Doc. 7) |

The City of Bakersfield, Bakersfield Police Department, and Christopher Messick (collectively, "Defendants") filed a Notice of Removal of an action initiated by Kareem Muhammad in Kern County Superior Court, Case No. S-1500-CV-281149-LHB. (Docs. 1-2.) On May 9, 2014, the Court issued an order to show cause why the matter should not be remanded (Doc. 7), to which Defendants responded on May 14, 2014 (Doc. 8). In his complaint, Plaintiff alleges Defendants violated his rights secured by "the Fourth Amendment to the United States … Constitution, specifically regarding unlawful arrest and unnecessary use of excessive force" (Doc. 2 at 4). Consequently, it appears the Court has jurisdiction over the complaint, and the Order to Show Cause dated May 9, 2014 is **DISCHARGED**.

IT IS SO ORDERED.

Dated:  **May 19, 2014**                     **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

1