# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00683 - LJO - JLT<br><br>ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE CONSOLIDATED |

Plaintiff Kareem Muhammad and Defendants City of Bakersfield, the Bakersfield Police Department, and Officer Christopher Messick are also the parties in another action, *Muhammad v. City of Bakersfield, et al.*, Case. No. 1:12-cv-1199-LJO-JLT, which appears to involve the same events as this matter, as well as overlapping questions of fact.

Therefore, the Court **ORDERS** the parties to show cause in writing, **no later than May 30, 2014**, why the matter should not be consolidated for all purposes with *Muhammad v. City of Bakersfield, et al.*, Case. No. 1:12-cv-1199-LJO-JLT.

IT IS SO ORDERED.

Dated: **May 19, 2014**　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1